UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| In Re: | Case No. 20-04082-RLM-13 |
|---|---|
| GARCIA RENWICK SCOTT, | |
| Debtor. | |

**DEBTOR'S OBJECTION TO CLAIM OF
MORTGAGEE, U.S. BANK TRUST NATIONAL ASSOCIATION
AS TRUSTEE OF THE CHALET SERIES III TRUST
(CLAIM 1 AS AMENDED)**

Debtor, by counsel, objects to Claim No. 1, as amended, filed by U.S. Bank Trust National Association as Trustee of the Chalet Series III Trust ("Mortgagee"), and would show the Court as follows:

1. Debtor filed his chapter 13 petition and plan on July 19, 2020.

2. On November 30, 2020, Mortgagee filed an amended proof of claim (the "Claim") asserting a balance due of **$141,483.94** consisting of:

    a. Principal balance:      $92,946.34
    b. Interest:                $19,541.20
    c. Fees and costs:          $5,894.92
    d. Escrow deficiency:       $23,101.48

3. The Claim further asserts pre-petition arrears of $72,474.30.

4. On or about February 18, 2022, the Mortgagee's servicer provided the attached pay-off statement asserting a balance due of **$113,612.97** consisting of:

    a. Principal balance:       $59,253.32
    b. Interest to 2/28/2022:   $230.97
    c. Escrow arrearage:        $12,381.62
    d. Arrears:                 $41,747.06

    A true and accurate copy of the payoff statement is attached hereto as <u>Exhibit A</u>.

5. As of April 11, 2022, Mortgagee has received **$41,619.35** through the Trustee conduit consisting of:

    a. Current mortgage payments:   $17,483.69
    b. Mortgage arrears:            $22,256.24
    c. Gap payments:                $1,879.42

1

6. The amount received by Mortgagee via the Trustee conduit is not sufficient to account for the pay-off amount reflected in <u>Exhibit A</u>.
7. Debtor objects to Proof of Claim No. 1, as amended, as over-stated. Debtor respectfully requests Mortgagee be ordered to provide an accounting and file an amended proof of claim in 30 days.

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** of the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any response by U.S. Mail, courier, overnight/express mail, or in person at:

116 U.S. Courthouse<br>
46 East Ohio St.<br>
Indianapolis, IN 46204

The responding party must ensure delivery of the response to the party filing the objection. **If a response is NOT timely filed, the requested relief will be granted**. If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, Debtor, by counsel, respectfully requests the Court order the IDR to amend its Proof of Claim within 30 days, and for all other relief deemed just and proper in the premises.

Respectfully submitted,

  /s/ Matthew M. Cree
Law Office of Matthew M. Cree, LLC
PO Box 7805
Greenwood, IN 46142
T. 317.883.7350 | F. 317.942.0941
Email: matt@creelawoffice.com
*Attorney for Debtor*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on April 11, 2022, the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Chapter 13 Trustee
U.S. Trustee, ustpregion10.in.ecf@usdoj.gov
Molly Slutsky Simons, bankruptcy@sottileandbarile.com

    I hereby certify that on April 11, 2022, the foregoing was mailed via U.S. Mail, first class, postage prepaid to the following:

Molly Slutsky Simons
Sottile & Barile
394 Wards Corner Road, Suite 180
Loveland, OH 45140

    I further hereby certify that on April 11, 2022, the foregoing was mailed via Certified Mail, return receipt requested, to the following:

U.S. Bank Trust National Association
Attn: Highest Executive Officer Found
100 Wall Street, Suite 1600
New York, NY 10005

      /s/ Matthew M. Cree
Law Office of Matthew M. Cree, LLC
PO Box 7805
Greenwood, IN 46142
T. 317.883.7350 | F. 317.942.0941
Email: matt@creelawoffice.com

3


**SERVICING CORPORATION**
323 5th Street
Eureka, CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

February 18, 2022

VETTA SCOTT
PO BOX 18947
INDIANAPOLIS, IN 46218

Your Reference:

Re:   0000291277
      VETTA SCOTT
      3645 DELAWARE STREET
      INDIANAPOLIS, IN 46205

Pay off figures for the above referenced loan/borrower are:

| | |
|---|---|
| Projected Payoff Date | 02/28/2022 |
| Principal Balance | $59,253.32 |
| Interest to 02/28/2022 | $ 230.97 |
| Other (See Attached Detail) | $54,128.68 |
| Prepayment Penalty | $0.00 |
| Funds owed by Borrower | $0.00 |
| Funds owed to Borrower | $0.00 |
| Total Payoff | $113,612.97 |
| Per diem | $ 5.31 |

The next payment due is 02/15/2022.  The current interest rate is  3.28  % and the P&I payment is $ 619.89.

**PAY OFF INSTRUCTIONS/INFORMATION:**
- Pay off figures are subject to change so please call **800-603-0836** to update these figures prior to remitting funds.
- Funds received will be applied with an effective date of the date received.
- All pay off figures are subject to clearance of funds in transit.  The pay off is subject to final audit when presented.
- Please provide the borrower's forwarding address so any overpayment or refund can be directly mailed to the borrower.
- We will prepare the release of our interest in the property after all funds have cleared.

**REMITTANCE INFORMATION:**

**Make checks payable to:**        Chalet Series III Trust

| **U.S. Postal Service:** | **FedEx/UPS:** | **Wiring Instructions:** |
|---|---|---|
| SN Servicing Corporation | Bank of Texas | Chalet Series III Trust |
| Chalet Series III Trust | C/O REMITTANCE SERVICES, DEPT 41548 | Bank of Texas |
| PO BOX 660820 | 2200 N HIGHWAY 121 | ACCT #8095283520 |
| DALLAS, TX 75266-0820 | GRAPEVINE, TX 76051 | ABA #111014325 |

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE.

IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE AGAINST YOUR PROPERTY

EXHIBIT
A



## PAYOFF DETAIL

291277

| DESCRIPTION OF OTHER | | AMOUNT |
|---|---|---|
| LATE CHARGES | | $0.00 |
| ATTORNEYS FEES | | $0.00 |
| FORECLOSURE EXPENSES | | $0.00 |
| LEGAL EXPENSES | | $0.00 |
| LEGAL BILLING | | $0.00 |
| FORCE PLACE INSURANCE | | $0.00 |
| FORCE PLACE FLOOD | | $0.00 |
| CORPORATE ADVANCE | | $0.00 |
| INTERIM ESCROW ADV | | $0.00 |
| ARREARAGE PRINCIPAL | | $26,554.39 |
| ARREARAGE INTEREST | | $15,192.67 |
| ARREARAGE OTHER | | $0.00 |
| ARREARAGE ESCROW | | $12,381.62 |
| PPFN OTHER | | $0.00 |
| PRIOR SERVICER LATE CHARGES | | $0.00 |
| PRIOR SERVICER CORPORATE ADVANCE | | $0.00 |
| PRIOR SERVICER CORPORATE ADVANCE | | $0.00 |
| 3RD PARTY PRIOR SERVICER CORPORATE ADV | | $0.00 |
| FORBEARANCE PRINCIPAL | | $0.00 |
| FORBEARANCE INTEREST | | $0.00 |
| FORBEARANCE LATE | | $0.00 |
| FORBEARANCE OTHER | | $0.00 |
| FORBEARANCE FORCE PLACE INSURANCE | | $0.00 |
| FORBEARANCE ESCROW | | $0.00 |
| FORBEARANCE LEGAL FEE | | $0.00 |
| APPRAISAL/BPO | | $0.00 |
| NSF FEES | | $0.00 |
| PROPERTY TAXES CURRENT | | $0.00 |
| PROPERTY TAXES DELINQUENT | | $0.00 |
| ELECTRONIC PAYMENT FEE | | $0.00 |
| MISC FEES | | $0.00 |
| PROPERTY INSPECTIONS | | $0.00 |
| VERIFICATION OF MORTGAGE | | $0.00 |
| PRIOR FAX | | $0.00 |
| PRIOR RUSH | | $0.00 |
| PRIOR PAYOFF PROCESSING FEES | | $0.00 |
| DEFERRED PRINCIPAL | | $0.00 |
| | $54,128.68 | TOTAL |

### FUNDS OWED FROM BORROWER

| | DESCRIPTION | AMOUNT |
|---|---|---|
| PREPAYMENT PENALTY | | $0.00 |
| ASSISTANCE ADVANCE | | $0.00 |
| ASSISTANCE ADVANCE | | $0.00 |
| ESCROW ADVANCE | Short Payment | $0.00 |
| **ESCROW ADVANCE | Taxes / Insurance | $0.00 |
| | $0.00 | TOTAL |

### FUNDS OWED TO BORROWER

| | DESCRIPTION | AMOUNT |
|---|---|---|
| UNAPPLIED | | $0.00 |
| **ESCROW | Balance to be refunded to Borrower at Payoff | $589.59 |
| INTEREST ON ESCROW | | $0.00 |
| INTERST ON LOSS DRAFT | | $0.00 |
| LOSS DRAFT | | $0.00 |
| | $589.59 | TOTAL |

**In the event of an escrow disbursement amount may change